AO 199A (Rev. 12/11- EDCA [Fresno Version 2]) Order Setting Conditions of Release- Misd.

# UNITED STATES DISTRICT COURT
for the
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) ) ) Case No. 6:23-MJ-00012-HBK |
| MARIO ALBERTO BOGARIN ULLOA JR., | ) |

## ORDER SETTING CONDITIONS OF RELEASE
(Misdemeanor)

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release and notify the court within 48 hours if defendant is arrested and/or convicted of any violation of federal, state or local law;

(2) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose;

(3) The defendant shall notify the Court and defendant's counsel of any change of address; and

(4) The defendant must appear at: United States District Court, Yosemite CA
_____
Place

Before Magistrate Judge Helena Barch-Kuchta
on _____ September 12, 2023 at 10:00 AM _____
Date and Time

I, the defendant, have received this order of release and have either read all the conditions of release set by the court or had them explained to me. I agree to stay in close contact with my counsel and to apprise my counsel of any change in my conditions and/or contact information. Finally, I agree and understand to all these conditions and understand that a violation of any of these conditions can result in a warrant for my arrest and subsequent detention.

Date: 7/21/23

_____
Defendant's signature

Date: 7/21/2023

_____
Judicial Officer's Signature

Helena Barch-Kuchta, US Magistrate Judge
Printed name and title